1  CHRISTOPHER B. HOCKETT (Bar No. 121539)
   NEAL A. POTISCHMAN (Bar No. 254862)
2  SANDRA WEST (Bar No. 250389)
   DAVIS POLK & WARDWELL
3  1600 El Camino Real
   Menlo Park, California 94025
4  Telephone: (650) 752-2000
   Facsimile: (650) 752-2111
5  chris.hockett@dpw.com

6  Attorneys for Defendant
   T-MOBILE USA, INC.
7

8
                    UNITED STATES DISTRICT COURT
9
        FOR THE NORTHERN DISTRICT OF CALIFORNIA DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12  MILTON CARDOZA, on Behalf of Himself  )  Case No.: CV08-5120 SC
    and Others Similarly Situated,        )
                                          )  STIPULATION AND [PROPOSED]
13                                        )  ORDER EXTENDING TIME TO
            Plaintiffs,                   )  RESPOND TO COMPLAINT
                                          )
14      v.                                )
                                          )
15  T-MOBILE USA, INC.,                   )
                                          )
16          Defendant.                    )
                                          )
17  _____

18      WHEREAS, Plaintiff filed his complaint in the above-titled action on November 10, 2008;

19      WHEREAS, Plaintiff served Defendant T-Mobile USA, Inc. ("T-Mobile") with the
20  complaint on December 2, 2008;

21      WHEREAS, T-Mobile currently has until December 22, 2008 to respond to the complaint;

22      WHEREAS, because of the upcoming holidays, defense counsel need additional time to
23  prepare responsive papers and plaintiffs' counsel have agreed to afford defense counsel such
24  additional time;

25      WHEREAS, this is T-Mobile's first request for an extension of time to respond to the
26  complaint filed in this matter; and

27      WHEREAS, the requested extension will not alter the date of any event or deadline already
28  fixed by Court order;

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT - No. CV08-5120 SC

1  IT IS HEREBY STIPULATED AND AGREED among the parties, through their respective
2  counsel of record, pursuant to Local Rule 6-1(a), that the time for T-Mobile to move to dismiss,
3  answer, or otherwise respond to the complaint filed in this matter be extended to January 16, 2009.

5  Dated: December 19, 2008          DAVIS POLK & WARDWELL

7                                    By: /s/ _____
                                          Christopher B. Hockett

9                                    Attorneys for Defendant T-Mobile

11 Dated: December 18, 2008          LAW OFFICE OF PETER FREDMAN

13                                   By: /s/ _____
                                          Peter B. Fredman

15                                   Attorneys for Plaintiff

17                                      *    *    *

18  IT IS SO ORDERED.
19  Dated December 19, 2008

                                     _____
                                     UNITED STATES DISTRICT JUDGE

                                     IT IS SO ORDERED
                                     Judge Samuel Conti

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME