1  CHRISTOPHER B. HOCKETT (Bar No. 121539)
   NEAL A. POTISCHMAN (Bar No. 254862)
2  SANDRA WEST (Bar No. 250389)
   DAVIS POLK & WARDWELL
3  1600 El Camino Real
   Menlo Park, California 94025
4  Telephone: (650) 752-2000
   Facsimile: (650) 752-2111
5  chris.hockett@dpw.com

6  Attorneys for Defendant
   T-MOBILE USA, INC.
7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                             SAN FRANCISCO DIVISION

11 | MILTON CARDOZA, on Behalf of Himself   ) Case No.:  CV08-5120 SC
   | and Others Similarly Situated,         )
12 |                                        ) STIPULATION AND [PROPOSED]
   |                     Plaintiffs,        ) ORDER EXTENDING TIME TO
13 |                                        ) RESPOND TO COMPLAINT
   |         v.                             )
14 |                                        )
   | T-MOBILE USA, INC.,                    )
15 |                                        )
   |                     Defendant.         )
16 |                                        )

17

18      WHEREAS, Plaintiff filed his complaint in the above-titled action on November 10, 2008;

19      WHEREAS, Plaintiff served Defendant T-Mobile USA, Inc. ("T-Mobile") with the

20 complaint on December 2, 2008;

21      WHEREAS, T-Mobile originally had until December 22, 2008 to respond to the complaint;

22      WHEREAS, on December 19, 2008, the parties stipulated that the time to respond to the

23 complaint would be extended to January 16, 2009;

24      WHEREAS, T-Mobile intends to file, on or before January 16, 2009, a motion to transfer to

25 the Western District of Washington or, in the alternative, to dismiss or stay the instant action on the

26 same grounds (the "Motion to Transfer");

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT - No. CV08-5120 SC

1      WHEREAS, the parties have agreed that T-Mobile's time to answer, move to dismiss under
2 Federal Rule of Civil Procedure 12, or otherwise respond to the complaint should be extended until
3 the Court has ruled on the Motion to Transfer; and

4      WHEREAS, the requested extension will not alter the date of any event or deadline already
5 fixed by Court order;

6      IT IS HEREBY STIPULATED AND AGREED among the parties, through their respective
7 counsel of record, pursuant to Civil Local Rule 6-1(a), to an extension of time for T-Mobile to
8 answer, move to dismiss under Rule 12, or otherwise respond to the complaint filed in this matter
9 until 30 days after the Court has ruled on T-Mobile's Motion to Transfer.

| | |
|---|---|
| Dated:  January 14, 2009 | DAVIS POLK & WARDWELL |
| | By:       /s/ Christopher B. Hockett            <br>              Christopher B. Hockett |
| | Attorneys for Defendant T-Mobile |
| Dated:  January 14, 2009 | LAW OFFICE OF PETER FREDMAN |
| | By:       /s/  Peter B. Fredman                <br>              Peter B. Fredman |
| | Attorneys for Plaintiff |

*     *     *

IT IS SO ORDERED.

Dated January  15 , 2009

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Samuel Conti*

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT - No. CV08-5120 SC