1  CHRISTOPHER B. HOCKETT (Bar No. 121539)
   NEAL A. POTISCHMAN (Bar No. 254862)
2  SANDRA WEST (Bar No. 250389)
   DAVIS POLK & WARDWELL
3  1600 El Camino Real
   Menlo Park, California 94025
4  Telephone: (650) 752-2000
   Facsimile: (650) 752-2111
5  chris.hockett@dpw.com

6  Attorneys for Defendant
   T-MOBILE USA, INC.
7

8
                    UNITED STATES DISTRICT COURT
9
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12  MILTON CARDOZA, on Behalf of Himself       )  Case No.: CV08-5120 SC
    and Others Similarly Situated,             )
13                                             )  STIPULATION AND [PROPOSED]
                Plaintiffs,                    )  ORDER TO WAIVE ARGUMENT ON
14                                             )  T-MOBILE'S MOTION TO TRANSFER
        v.                                     )  AND TO CONTINUE INITIAL CASE
15                                             )  MANAGEMENT CONFERENCE
    T-MOBILE USA, INC.,                        )
16                                             )
                Defendant.                     )
17  _____)

18     WHEREAS, Plaintiff filed his complaint in the above-titled action on November 10, 2008;

19     WHEREAS, on January 15, 2009, the Court "so ordered" the parties' stipulation and

20  agreement that T-Mobile's time to answer, move to dismiss under Federal Rule of Civil Procedure

21  12, or otherwise respond to the complaint be extended until the Court has ruled on T-Mobile's

22  motion to transfer this action to the Western District of Washington or, in the alternative, to dismiss

23  or stay the instant action on the same grounds (the "Motion to Transfer")

24     WHEREAS, on January 16, 2009, T-Mobile filed its Motion to Transfer;

25     WHEREAS, on February 9, 2009, Plaintiff filed his opposition to the Motion to Transfer;

26     WHEREAS, T-Mobile will file its reply in further support of the Motion to Transfer by

27  February 20, 2009, at which time the motion will be fully briefed;

28

STIPULATION AND [PROPOSED] ORDER TO WAIVE ARGUMENT
ON T-MOBILE'S MOTION TO TRANSFER AND TO CONTINUE
INITIAL CASE MANAGEMENT CONFERENCE - No. CV08-5120 SC

1   WHEREAS, oral argument on the Motion to Transfer is currently scheduled for
2  March 6, 2009 before this Court; and
3   WHEREAS, an initial case management conference is also scheduled for March 6, 2009;
4   IT IS HEREBY STIPULATED AND AGREED among the parties, through their respective
5  counsel of record, that
6   1.   The parties waive oral argument on the Motion to Transfer and submit the motion on
7  the papers; and
8   2.   The parties request that the initial case management conference currently set for
9  March 6, 2009 be continued to April 3, 2009, as the parties believe that the Motion to Transfer
10 should be decided before the Court and parties address case management issues.

12 Dated: February 18, 2009          DAVIS POLK & WARDWELL

14                                    By:  /s/ Christopher B. Hockett
15                                              Christopher B. Hockett

16                                    Attorneys for Defendant T-Mobile

18 Dated: February 18, 2009          LAW OFFICE OF PETER FREDMAN

20                                    By:  /s/ Peter B. Fredman
21                                              Peter B. Fredman

22                                    Attorneys for Plaintiff

24                        *    *    *
25   IT IS SO ORDERED.
26 Dated February 19, 2009

27                                    UNITED STATES DISTRICT JUDGE
                                      Judge Samuel Conti

STIPULATION AND [PROPOSED] ORDER TO WAIVE ARGUMENT
ON T-MOBILE'S MOTION TO TRANSFER AND TO CONTINUE
INITIAL CASE MANAGEMENT CONFERENCE - No. CV08-5120 SC

**ATTESTATION**

Pursuant to General Order No. 45, I hereby attest that I have concurrence to file this Stipulation and [Proposed] Order to Waive Argument on T-Mobile's Motion to Transfer and to Continue Initial Case Management Conference from the other signatory whose signature is indicated by a "conformed" signature (/s/) within this e-filed document.

/s/ Christopher B. Hockett
Christopher B. Hockett